# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| Lester T. Tarlton and Tammy Tarlton, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Duke Energy Carolinas, LLC d/b/a Duke )<br>Power Company and Osmose Utilities )<br>Services, Inc., )<br>)<br>Defendants. )<br>) | C. A. No.:  4:14-cv-04016-RBH<br><br><br><br>**ORDER GRANTING CONSENT MOTION REGARDING SUBSTITUTION OF A PARTY** |

THIS MATTER was presented to the Court by way of a Consent Motion [Docket Entry #24] Regarding Substitution of a Party filed on February 27, 2015.  Based upon the Motion, and for good cause shown, the Motion is hereby GRANTED.

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. Duke Energy Progress, Inc. is substituted as a party to this action in the place of Duke Energy Carolinas, LLC d/b/a Duke Power Company.  The caption shall be amended accordingly to reflect that Duke Energy Progress, Inc. along with Osmose Utilities Services, Inc. are the only current defendants in this action.

2. Defendant Duke Energy Carolinas, LLC d/b/a Duke Power Company is dismissed.

3. Duke Energy Progress, Inc. has waived service of an amended complaint.  Duke Energy Progress, Inc. adopts the Answer of Duke Energy Carolinas, LLC d/b/a Duke Power Company as the Answer of Duke Energy Progress, Inc. and there is no need for Duke Energy Progress, Inc. to file an Answer to the Complaint.

PPAB 2604028v1

2

IT IS SO ORDERED.

                                       s/ R. Bryan Harwell
                                       R. Bryan Harwell
                                       United States District Judge

March 2, 2015
Florence, SC